UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KUYKENDALL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | Case No. 2:21-cv-00924-JDP (HC)<br><br>ORDER DIRECTING PETITIONER TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

　　　　Petitioner, a civil detainee proceeding without, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

　　　　In accordance with the above, it is hereby ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, either an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

　　　　2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

1

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

IT IS SO ORDERED.

Dated:  May 31, 2021                              _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE